

Federal Communications Commission
Washington, D.C. 20554

June 22, 2023

Mark Langer, Clerk
United States Court of Appeals
 for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, DC  20001

    RE:   *International Dark-Sky Ass'n v. FCC*, No. 22-1337 (and consolidated case) (oral argument not yet scheduled; final briefs due July 26, 2023)

Dear Mr. Langer:

    Rachel Proctor May and I plan to present oral argument on behalf of the Federal Communications Commission in the above referenced case, just as we did in *Viasat, Inc. v. FCC*, 47 F.4th 769 (D.C. Cir. 2022).  Ms. May will be unavailable to appear at oral argument from September 28, 2023 through October 12, 2023, and I will be unavailable to appear at oral argument from October 23, 2023 through November 9, 2023.  We would greatly appreciate if the Court would avoid scheduling oral argument on any of those days.

                  Respectfully submitted,

                  /s/James M. Carr

                  James M. Carr
                  Counsel

cc:   Counsel for all parties
       (via CM/ECF)